Girga v Fairport Pediatrics, LLP (2025 NY Slip Op 07172)

Girga v Fairport Pediatrics, LLP

2025 NY Slip Op 07172

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, SMITH, AND DELCONTE, JJ.

900 CA 24-01837

[*1]MAEGAN GIRGA, PLAINTIFF-RESPONDENT,
vFAIRPORT PEDIATRICS, LLP, DEFENDANT-APPELLANT, ET AL., DEFENDANT. (APPEAL NO. 1.) 

GOLDBERG SEGALLA LLP, BUFFALO (JAMES M. SPECYAL OF COUNSEL), FOR DEFENDANT-APPELLANT.
MERSON LAW, PLLC, NEW YORK CITY (ANNETTE G. HASAPIDIS OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Monroe County (Charles A. Schiano, Jr., J.), entered November 6, 2024. The order, insofar as appealed from, denied in part the motion of defendant Fairport Pediatrics, LLP, for summary judgment dismissing plaintiff's complaint against it. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Matter of William Mattar, P.C. v Hall [appeal No. 1], 199 AD3d 1416, 1417 [4th Dept 2021]).
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court